UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 MAY 13 AM 11: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

ERNEST RAY RITCH and MARY J. RITCH,  )
)
Plaintiffs,  )
)
vs.  )  CV 94-PT-2763-S
)
THE ROBINSON-HUMPHREY COMPANY,  )
)
Defendant.  )

ENTERED
MAY 1 3 1997

## Memorandum

The court notes that the cases with reference to the Alabama statute rely significantly on federal 10b-5 cases. The court notes that such cases require, as separate elements, reliance <u>and</u> proximate cause. <u>McDonald v. Alan Bush Brokerage Co.</u>, 863 F.2d 809, 814 (11th Cir. 1989). Even if reliance is not required, causation is.

This 10th day of May 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE